IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY, | § § § § § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | Civil Action No. 4:25-cv-00937-O |
| GASPARD & MENON, CONSTRUCTION, LLC A/K/A GASPARD & MORGAN CONSTRUCTION, LLC D/B/A RESTORATION ROOFING, GASPARD PROPERTIES, LLC, SEDMORE PROPERTIES, LLC, JONATHAN GASPARD, LAURA GASPARD AND SUNEEL MENON, | | |
| Defendants. | | |

## SUGGESTION OF BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code has been filed by Defendants Jonathan Gaspard and Laura Gaspard in the U.S. Bankruptcy Court for the Northern District of Texas, Case 25-44602-mxm7, on November 25, 2025. A copy of the Notice of Filing is attached as Exhibit 1. As a result, the automatic stay provisions of Section 362 of the Bankruptcy Code apply to these proceedings as to Defendants Jonathan Gaspard and Laura Gaspard pending further order of the Bankruptcy Court.

DATED:   December 16, 2025.

        Respectfully submitted,

        */s/ Mike F. Pipkin*
        MIKE F. PIPKIN
        Texas State Bar No. 16027020
        TAYLOR FELDT
        Texas State Bar No. 24115771

        **WEINSTEIN RADCLIFF PIPKIN LLP**
        8350 N. Central Expressway, Suite 1550
        Dallas, Texas 75206
        469.629.5300 (Telephone)
        214.865.6140 (Facsimile)
        mpipkin@weinrad.com
        tfeldt@weinrad.com

        **ATTORNEYS FOR PLAINTIFF**
        **WEST BEND MUTUAL INSURANCE**
        **COMPANY**